UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE MONEGRO, on behalf of himself
and all others similarly situated,
    Plaintiff,

v.

APPLE JACK WINE & SPIRITS, LLC

    Defendant.

_____/

CASE NO.: 1:20-cv-9309

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JAN 19 2021

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, Apple Jack Wine & Spirits, LLC, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, Apple Jack Wine & Spirits, LLC, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: January 8, 2021

Respectfully Submitted,

*/s/Mark Rozenberg*
Mark Rozenberg Esq.
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
mrozenberg@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*